**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7099**

———————

CURTIS DALE RICHARDSON,

Plaintiff - Appellant,

versus

PAULA THOMAS, Judge; RODNEY PEEPLES, Judge;
CHARLES CONDON, Attorney General; JIM HODGES,
Governor; WILLIE EAGLETON, Warden; GARY
MAYNARD, Director; HARRY MCDOWELL, Magistrate;
GREGORY HEMBRE, Solicitor; GEORGE DEBUSK,
Assistant Solicitor; JAMES HARRIS, Loris
Police Department; OFFICER PAGE, Loris Police
Department; THOMAS W. FLOYD; JACK FLOM; STATE
OF SOUTH CAROLINA; LORIS, SOUTH CAROLINA
POLICE DEPARTMENT; HORRY COUNTY, SOUTH
CAROLINA; MARSHALL RUSSELL, Chief, Loris
Police Department; MAYOR, Loris, South
Carolina,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Patrick Michael Duffy, District
Judge. (CA-01-2553-1)

———————

Submitted: November 7, 2002      Decided: November 13, 2002

———————

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

————————————

Curtis Dale Richardson, Appellant Pro Se.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Curtis Dale Richardson seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2000), claim against all but two Defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Richardson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2